UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE PETROBRAS SECURITIES LITIGATION

This Document Applies to:

*Dimensional Emerging Markets Value Fund, et al. v. Petróleo Brasileiro S.A – Petrobras*, No. 15-cv-2165 (JSR)

*Skagen, et al. v. Petróleo Brasileiro S.A. – Petrobras, et al.*, No. 15-cv-2214 (JSR)

*New York City Employees' Retirement System, et al. v. Petróleo Brasileiro S.A. – Petrobras, et al.*, No. 15-cv-2192 (JSR)

*Transamerica Income Shares, Inc., et al. v. Petróleo Brasileiro S.A. – Petrobras, et al.*, No. 15-cv-3733 (JSR)

*Aberdeen Emerging Markets Fund, et al. v. Petróleo Brasileiro S.A. – Petrobras*, No. 15-cv-3860 (JSR)

*Ohio Public Employees Retirement System v. Petróleo Brasileiro S.A. – Petrobras, et al.*, No. 15-cv-3887 (JSR)

*Central States Southeast and Southwest Areas Pension Fund v. Petróleo Brasileiro S.A. – Petrobras, et al.*, No. 15-cv-3911 (JSR)

*Washington State Investment Board v. Petróleo Brasileiro S.A. – Petrobras, et al.*, No. 15-cv-3923 (JSR)

*Aberdeen Latin American Income Fund Limited, et al. v. Petróleo Brasileiro S.A. – Petrobras*, No. 15-cv-4043 (JSR)

*NN Investment Partners B.V., et al. v. Petróleo Brasileiro S.A. – Petrobras, et al.*, No. 15-cv-4226 (JSR)

*Aura Capital Ltd. v. Petróleo Brasileiro S.A. – Petrobras, et al.*, No. 15-cv-4951 (JSR)

No. 14-cv-9662 (JSR)

---

### CERTAIN DEFENDANTS' NOTICE OF MOTION TO DISMISS THE INDIVIDUAL ACTION COMPLAINTS

PLEASE TAKE NOTICE that, upon Defendants' Joint Memorandum of Law in Support

of their Motion to Dismiss the Individual Action Complaints (the "Memorandum") filed by the

Moving Defendants,[1] the Declaration of Jared Gerber, dated August 21, 2015, together with the

exhibits attached thereto, the Declaration of Scott D. Musoff, dated August 21, 2015, together

with the exhibits attached thereto, as well as all the prior pleadings and proceedings in In re

Petrobras Securities Litigation, No. 14-cv-9662 (JSR) and the above-referenced individual

actions (the "Individual Actions"), the undersigned will move this Court before the Honorable

Jed S. Rakoff, United States District Judge at the United States Courthouse located at 500 Pearl

Street, New York, New York, 10007, on October 13, 2015, at 3:30 p.m., or at such other date

and time determined by the Court, for an order pursuant to Rules 8, 9(b), 12(b)(1), 12(b)(6) and,

with respect to Bank of China (Hong Kong) Limited in Skagen, et. al. v. Petróleo Brasileiro S.A.

– Petrobras, et al., No. 15-cv-2214 (JSR), Rule 12(b)(5) of the Federal Rules of Civil Procedure

granting the Moving Defendants' motion to dismiss the Individual Actions with prejudice, and

for such other and further relief as this Court may deem just and proper.

The Individual Actions assert claims against certain additional defendants, but, to the

Moving Defendants' knowledge, none have been served with process, and none have appeared in

these actions.

As set forth in the Order Coordinating Pre-Trial Matters, ECF No. 195, plaintiffs in the

Individual Actions shall file any opposition to this motion by September 18, 2015, and the

Moving Defendants shall file any reply by October 5, 2015.

---

[1]     The "Moving Defendants" for the purposes of this motion are Petróleo Brasileiro S.A. –
Petrobras, Petrobras Global Finance B.V., Theodore M. Helms, Banca IMI S.p.A., Banco
Bradesco BBI S.A., Bank of China (Hong Kong) Limited, BB Securities Ltd., Citigroup Global
Markets Inc., HSBC Securities (USA) Inc., Itau BBA USA Securities, Inc., J.P. Morgan
Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Mitsubishi UFJ Securities
(USA), Inc., Morgan Stanley & Co. LLC, Scotia Capital (USA) Inc. and Standard Chartered
Bank.

Dated: August 21, 2015
   New York, New York


CLEARY GOTTLIEB STEEN &
   HAMILTON LLP

By: /s/ Mitchell A. Lowenthal

   Mitchell A. Lowenthal
   Roger A. Cooper
   Elizabeth Vicens

   One Liberty Plaza
   New York, New York  10006
   (212) 225-2000

*Attorneys for Defendants Petróleo Brasileiro
S.A. – Petrobras, Petrobras Global Finance
B.V., Theodore M. Helms*


SKADDEN, ARPS, SLATE, MEAGHER &
   FLOM LLP

By: /s/ Jay B. Kasner

   Jay B. Kasner
   Scott D. Musoff

   4 Times Square
   New York, New York  10036
   (212) 735-3000

*Attorneys for Defendants Banca IMI S.p.A.,
Banco Bradesco BBI S.A., Bank of China
(Hong Kong) Limited, BB Securities Ltd.,
Citigroup Global Markets Inc., HSBC
Securities (USA) Inc., Itau BBA USA Securities,
Inc., J.P. Morgan Securities LLC, Merrill
Lynch, Pierce, Fenner & Smith Incorporated,
Mitsubishi UFJ Securities (USA), Inc., Morgan
Stanley & Co. LLC, Scotia Capital (USA) Inc.
and Standard Chartered Bank*